UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar LLC d/b/a Champion Mortgage Company

**Order Filed on September 6, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:
    Ruth Taliaferro,

Debtor.

Case No.: 16-15448-JNP

Adv. No.:

Hearing Date: 8/23/2016 @ 10:00 a.m.

Judge: Jerrold N. Poslusny, Jr.

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 6, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Ruth C. Taliaferro
Case No:  16-15448-JNP
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

    This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Nationstar LLC d/b/a Champion Mortgage Company, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 423 North Tennessee Avenue, Atlantic City, NJ, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Steven Silnutzer, Esq., attorney for Debtor, and for good cause having been shown

    It is **ORDERED, ADJUDGED and DECREED** that Debtor has paid the outstanding insurance advances; and

    It is further **ORDERED, ADJUDGED and DECREED** that Debtor is to maintain insurance on the subject property and/or promptly reimburse Secured Creditor for such advances or Secured Creditor may seek relief from the automatic stay; and

    It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $176.00 for filing fees, totaling $526.00, which is to be paid through Debtor's Chapter 13 plan; and

    It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.