UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven A. Silnutzer, P.C.
335 E. Jimmmie Leeds Rd.
Building 200- Suite C
Galloway, NJ 08205
By: Steven A. Silnutzer, Esq.

| | |
|---|---|
| In Re:<br><br>Ruth Taliaferro | Case No.:     16-15448<br><br>Judge:     JNP<br><br>Chapter:     13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.   ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by Isabel C. Balboa- Standing Trustee,

   I am requesting a hearing be scheduled on this matter.

2.   I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒  Other (**explain your answer**):
The Chapter 13 Plan was close to being paid off when my mother passed away. My family is trying to see if thre is a way to save the property. We probably can not because my mother had a reverse mortgage but want a little morre time to see if anything can be done.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date:  3/6/2021                                  /s/Sharon Taliaferro- Executor
                                                 Debtor's Signature

Date: _____           _____
                                                 Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*