Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 16−15448−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ruth C. Taliaferro
   423 N Tennessee Ave
   Atlantic City, NJ 08401−2420

Social Security No.:
   xxx−xx−3851

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/16/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 16, 2021
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 16-15448-JNP
Ruth C. Taliaferro     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Apr 16, 2021     Form ID: 148     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ruth C. Taliaferro, 423 N Tennessee Ave, Atlantic City, NJ 08401-2420 |
| 516074985 | | Champion Mortgage, PO Box 40724, Lansing, MI 48901-7924 |
| 516311850 | + | Nationstar Mortgage LLC d/b/a Champion Mortgage Co, Champion Mortgage Company, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 516074992 | + | Progressive Insurance Comapny, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 16 2021 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 16 2021 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516164916 | + | EDI: CBS7AVE | Apr 17 2021 00:43:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516074982 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2021 22:00:39 | CACH LLC, 4340 S Monaco St Fl 2, Denver, CO 80237-3485 |
| 516074983 | | EDI: CAPITALONE.COM | Apr 17 2021 00:43:00 | Capital One - Boscovs, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516074984 | | EDI: CAPITALONE.COM | Apr 17 2021 00:43:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 516074987 | | EDI: CCS.COM | Apr 17 2021 00:43:00 | Credit Collection Services, PO Box 9134, Needham, MA 02494-9134 |
| 516074988 | | EDI: CITICORP.COM | Apr 17 2021 00:43:00 | DSNB/Macy's, PO Box 8218, Mason, OH 45040-8218 |
| 516321146 | | EDI: Q3G.COM | Apr 17 2021 00:43:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516074986 | | EDI: JPMORGANCHASE | Apr 17 2021 00:43:00 | Chase/ Bank One Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 516273522 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2021 21:56:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516189857 | + | EDI: MID8.COM | Apr 17 2021 00:43:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516074989 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2021 21:59:16 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 516074990 | | EDI: CBS7AVE | Apr 17 2021 00:43:00 | Monroe & Main, 1112 7th Ave, Monroe, WI |

Case 16-15448-JNP    Doc 65    Filed 04/18/21    Entered 04/19/21 00:21:00    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 148 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | 53566-1364 |
| 516164819 | + EDI: CBS7AVE | | Apr 17 2021 00:43:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516074991 | EDI: PRA.COM | | Apr 17 2021 00:43:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 516324187 | EDI: PRA.COM | | Apr 17 2021 00:43:00 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 516133515 | EDI: Q3G.COM | | Apr 17 2021 00:43:00 | Quantum3 Group LLC as agent for, Galaxy Asset Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516075008 | * | CACH LLC, 4340 S Monaco St Fl 2, Denver, CO 80237-3485 |
| 516075009 | * | Capital One - Boscovs, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516075010 | * | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 516075011 | * | Champion Mortgage, PO Box 40724, Lansing, MI 48901-7924 |
| 516075013 | * | Credit Collection Services, PO Box 9134, Needham, MA 02494-9134 |
| 516075014 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, DSNB/Macy's, PO Box 8218, Mason, OH 45040-8218 |
| 516075012 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase/ Bank One Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 516075015 | *+ | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 516075016 | * | Monroe & Main, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516075017 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 516075018 | *+ | Progressive Insurance Comapny, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 16, 2021 | Form ID: 148 | Total Noticed: 22 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Joshua I. Goldman
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company josh.goldman@padgettlawgroup.com bkgroup@kmllawgroup.com

Kevin M. Buttery
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company kevinbuttery@gmail.com

Steven A. Silnutzer
    on behalf of Debtor Ruth C. Taliaferro stevenasil2000@yahoo.com  G28047@notify.cincompass.com;silnutzerlaw@gmail.com

TOTAL: 6